| | |
|---|---|
| 1 | Thomas P. Hanrahan (SBN 110609) |
|   | Sean A. Commons (SBN 217603) |
| 2 | thanrahan@sidley.com |
|   | scommons@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90013-1010 |
|   | Telephone: (213) 896-6000 |
| 5 | Facsimile: (213) 896-6600 |
| 6 | Charles W. Douglas (Of Counsel) |
|   | David F. Graham (Of Counsel) |
| 7 | Theodore R. Scarborough (Of Counsel) |
|   | Elizabeth M. Chiarello (Of Counsel) |
| 8 | SIDLEY AUSTIN LLP |
| 9 | One South Dearborn Street |
|   | Chicago, Illinois 60603 |
| 10 | Telephone: (312) 853-7000 |
|    | Facsimile: (312) 853-7036 |
| 11 |   |
| 12 | Attorneys for Defendant |
|    | KFC Corporation |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALEEN BROWN, an individual, on behalf of herself, the general public and all others similarly situated, | ) ) ) | Case No.: C09-03269 EMC |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | ) ) |  |
| KFC CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive, | ) ) ) |  |
| Defendants. | ) ) |  |

1  Based upon the stipulation of counsel and good cause appearing therefore, it is
2  HEREBY ORDERED as follows:
3  The time in which KFC may Answer or otherwise respond to Plaintiff's Complaint is
4  continued to and including August 24, 2009.

6  **IT IS SO ORDERED.**

8  Dated: July __27__, 2009

Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
*BROWN V. KFC CORPORATION*
CASE NO. C09-03269 EMC