Thomas P. Hanrahan (SBN 110609)
Sean A. Commons (SBN 217603)
thanrahan@sidley.com
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013-1010
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600

Charles W. Douglas (Of Counsel)
David F. Graham (Of Counsel)
Theodore R. Scarborough (Of Counsel)
Elizabeth M. Chiarello (Of Counsel)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036

Attorneys for Defendant
KFC Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALEEN BROWN, an individual, on behalf of herself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KFC CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  C 09-03269 MHP<br><br>Honorable Marilyn Hall Patel<br><br>[PROPOSED] ORDER ON MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING |

**[PROPOSED] ORDER GRANTING STAY**
*Case No. C 09-03269 MHP*

1           The Court, having considered all papers filed in these proceedings, and oral argument by the parties, upon good cause appearing, rules as follows:

        1.     Defendant's motion to stay is **GRANTED**;

        2.     All proceedings in this action are **STAYED** as to all parties; and

        3.     The parties shall notify the Court by letter within five business days after the Judicial Panel on Multidistrict Litigation ("JPML") resolves the pending motion to transfer. If the motion to transfer is denied, the Court will automatically lift the stay and re-open the case, in which case Defendant shall have fourteen (14) days to answer or otherwise respond to the complaint, if it has not done so already.

**IT IS SO ORDERED.**

Dated: __10/6____, 2009

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

**[PROPOSED] ORDER GRANTING STAY**
*Case No. C 09-03269 MHP*

LA1 1630337v.1